STATE of Missouri, Respondent,

v.

Charles ANDERSON, Appellant.

Charles ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48569, WD 49747.

Missouri Court of Appeals, Western District.

March 21, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

The defendant appeals his conviction, following a jury trial, for kidnapping, § 565.110, RSMo 1986, for which he was sentenced as a persistent, § 558.016.3, RSMo 1986, and class X offender, § 558.019, RSMo Supp.1992, to a thirty-year term of imprisonment.   He also appeals the court's denial of his Rule 29.15 motion following an evidentiary hearing. The judgments of conviction and denial of Rule 29.15 motion are affirmed.

STATE of Missouri, Respondent,

v.

Walter Lee ROSS, Appellant.

No. WD 48287.

Missouri Court of Appeals, Western District.

March 21, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of tampering in the first degree, § 569.080, RSMo 1994.

Affirmed.   Rule 30.25(b).